**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PACIFICA MECHANICSBURG LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 1:25-cv-01663 |
| | : | |
| BJ'S WHOLESALE CLUB, INC., | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**
**PURSUANT TO FED.R.CIV. PRO. 12(b)(6)**

Plaintiff Pacifica Mechanicsburg LLC, through its counsel, Saxton & Stump LLC, files this

Motion to Dismiss Defendant's Counterclaims Pursuant to Fed.R.Civ.Pro. 12(b)(6). In support of

the Motion, Pacifica Mechanicsburg LLC relies on the Brief being submitted contemporaneously

with the Motion.

Dated: December 30, 2025

Respectfully Submitted,

**SAXTON & STUMP**
*/s/: Jason T. Confair, Esq.*
Jason T. Confair, Esquire
Attorney I.D. No. 206729
(717) 556-1033
jconfair@saxtonstump.com
Christopher C. Conner, Esq.
Attorney I.D. No. 36407
(717) 216-5522
cconner@saxtonstump.com
Matthew Chabal, III, Esquire
Attorney I.D. No. 49926
(717) 941-1213
mc@saxtonstump.com
4250 Crums Mill Road, Suite 201
Harrisburg, PA  17112
Attorneys for Plaintiff
Pacifica Mechanicsburg LLC

1

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I hereby certify that I sought concurrence from opposing counsel to the relief sought under the foregoing Motion.  Opposing counsel does not concur.

Dated: December 30, 2025                                    */s/: Jason T. Confair, Esq.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document(s) to be electronically filed on the date listed below through the Court's CM/ECF system and that this document(s) is available for viewing and download from the Court's CM/ECF system.  All counsel of record have been served by electronic means in compliance with Local Rule 5.7.


Dated: December 30, 2025                                    */s/: Jason T. Confair, Esq.*