# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**James M. Hirschhorn**
**Member**
**Admitted In NJ, NY, VA**
**Direct Dial:  973-643-5288**
**Email:**
**jhirschhorn@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561)-693-0440
Fax: (561)-828-0142

January 30, 2026

**VIA ECF**

Hon. Wendy Beetlestone, U.S.D.J.
United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    Pacifica Mechanicsburg LLC v. BJ's Wholesale Club, Inc., Civil Action No. 1:25-cv-01663

Dear Judge Beetlestone:

    This firm represents Defendant-Counterclaimant BJ's Wholesale Club, Inc. in the above captioned matter.  We write to request that the Court schedule oral argument on Plaintiff Pacifica Mechanicsburg LLC's Motion to Dismiss Counterclaim Pursuant to Fed. R. Civ. Proc. 12(b)(6).

    As counsel are located in Harrisburg, PA, and Newark, NJ, we also request that argument, if granted, be by teleconference if that would be acceptable to the Court.

    Thank you for your courtesy and cooperation.

Sills Cummis & Gross
A Professional Corporation

January 30, 2026
Page 2

                                            Respectfully submitted,

                                            Sills Cummis & Gross P.C.

                                            */s/ James M. Hirschhorn*

                                            JAMES M. HIRSCHHORN

JH:jmh

Cc:    Service List (Via ECF)