**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PACIFCA MECHANICSBURG LLC,**<br>**Plaintiff,** | ⋮ | **CIVIL ACTION** |
| **v.** | ⋮ | |
| **BJs WHOLESALE CLUB, INC,**<br>**Defendant.** | ⋮ | **NO. 25CV1663** |

**O R D E R**

**AND NOW**, this 26th day of March, 2026, in consideration of the Plaintiff's Motion to

Dismiss Defendant's Counterclaims (ECF Nos. 26, 36) and Defendant's Response in Opposition

thereto (ECF No. 34), it is **HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

**BY THE COURT:**

S/ WENDY BEETLESTONE
**WENDY BEETLESTONE, J.**